**ELLISON v. GAMBILL OIL CO.**

[363 N.C. 364 (2009)]

apparent from the complaint. In his own affidavit, defendant never denied that he telephoned or e-mailed plaintiff's spouse in North Carolina; rather, he merely characterized the conversations as work related. We conclude plaintiff's complaint alleges sufficient facts to authorize the exercise of personal jurisdiction over defendant pursuant to N.C.G.S. § 1-75.4(4)(a). We therefore reverse the Court of Appeals and remand this case to that court for consideration of defendant's remaining issues.

REVERSED AND REMANDED.

———————————

JERRY ELLISON, Executor of the Estate of Kate H. Ellison, Plaintiff v. GAMBILL OIL COMPANY, INC., J. GWYN GAMBILL, INCORPORATED, and JIM GAMBILL; GUNVANTPURI B. GOSAI and B&B MINI MART, INC.; and ARLIS TESTER d/b/a TESTERS GARAGE AND MUFFLER SHOP and/or TESTERS SHELL & MUFFLER SHOP, Defendants; J. GWYN GAMBILL, INCORPORATED, Third Party Plaintiff v. JEFF BARRETT d/b/a BARRETT PETROLEUM EQUIPMENT, Third Party Defendant RUDRAM ENTERPRISES, INC., Cross-Plaintiff-Intervenor v. J. GWYN GAMBILL, INCORPORATED, JIM GAMBILL, and JEFF BARRETT d/b/a BARRETT PETROLEUM EQUIPMENT

No. 541A07

(Filed 18 June 2009)

Appeal pursuant to N.C.G.S. § 7A-30(2) from the decision of a divided panel of the Court of Appeals, 186 N.C. App. 167, 650 S.E.2d 819 (2007), reversing both a judgment entered 31 August 2005, and an order denying a motion for judgment notwithstanding the verdict or a new trial entered 10 November 2005, by Judge Charles Lamm in Superior Court, Watauga County, and remanding for a new trial. Heard in the Supreme Court 17 November 2008. On 11 December 2008, this Court *ex mero motu* withdrew its previous order, dated 10 April 2008, and allowed plaintiff's petition for discretionary review as to additional issues.

*Sigmon, Clark, Mackie, Hutton, Hanvey & Ferrell, P.A., by Warren A. Hutton and Forrest A. Ferrell, for plaintiff-appellant.*

*The Reeves Law Firm, PLLC, by Jimmy D. Reeves and John B. "Jak" Reeves; and Walker & DiVenere, by Tamara C. DiVenere, for defendant-appellees J. Gwyn Gambill, Incorporated and Jim Gambill.*

RODRIGUEZ-CARIAS v. NELSON'S AUTO SALVAGE & TOWING SERV.

[363 N.C. 365 (2009)]

*di Santi Watson Capua & Wilson, by Frank C. Wilson, III, for defendant-appellees Gunvantpuri B. Gosai and B&B Mini Mart, Inc.*

PER CURIAM.

The decision of the Court of Appeals is affirmed. Discretionary review was improvidently allowed as to the additional issues.

AFFIRMED; DISCRETIONARY REVIEW IMPROVIDENTLY ALLOWED.

———————

JORGE RODRIGUEZ-CARIAS, Employee v. NELSON'S AUTO SALVAGE & TOWING SERVICE, Employer

No. 231PA08

(Filed 18 June 2009)

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous, unpublished decision of the Court of Appeals, 189 N.C. App. 404, 659 S.E.2d 97 (2008), affirming an opinion and award filed on 17 January 2007 by the North Carolina Industrial Commission. Heard in the Supreme Court 4 May 2009.

*Scudder & Hedrick, PLLC, by Alice Tejada, for plaintiff-appellee.*

*Bourlon & Davis, P.A., by Thomas E. Davis, for defendant-appellant.*

PER CURIAM.

Justice HUDSON took no part in the consideration or decision of this case. The remaining members of the Court are equally divided, with three members voting to affirm and three members voting to reverse the decision of the Court of Appeals. Accordingly, the decision of the Court of Appeals is left undisturbed and stands without precedential value. *See, e.g., Barham v. Hawk,* 360 N.C. 358, 625 S.E.2d 778 (2006).

AFFIRMED.